# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| PANAGENE, INC. | § | |
| | § | |
| v. | § | Case No. 2:14-CV-34-JRG-RSP |
| | § | |
| BIO-SYNTHESIS, INC. | § | |

## ORDER

Currently before the Court is the Report and Recommendation filed by the Magistrate Judge on March 11, 2015 (Dkt. No. 47) recommending denial of Defendant's Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted (Dkt. No. 7). No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

IT IS ORDERED that the Motion (Dkt. No. 7) is **DENIED**.

**So ORDERED and SIGNED this 29th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE